THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MABEL WARD, Appellant.

*People* v. *Ward,* 179 App. Div. 927, appeal dismissed.
(Submitted May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1917, which affirmed a judgment of the Court of Special Sessions convicting

the defendant of a violation of the Liquor Tax Law. Sentence was suspended.

The motion was made upon the grounds that inasmuch as no actual final judgment was rendered by the trial court, an appeal to the Court of Appeals did not lie and that no questions of law were presented which could be reviewed by the Court of Appeals.

*Edward Swann, District Attorney (Robert S. Johnstone* of counsel), for motion.

*Jonah J. Goldstein* opposed.

Motion granted and appeal dismissed on the ground that no question of law is presented that can be reviewed by this court.